1  Christina J. O, #266845
2  Malcolm ♦ Cisneros, A Law Corporation
   2112 Business Center Drive, 2nd Floor
3  Irvine, California 92612
   (Telephone) (949)252-9400
4  (Facsimile) (949)252-1032
5  Email: christinao@mclaw.org

6  Attorney for Shellpoint Mortgage Servicing,
   servicer for MTGLQ Investors, L.P.
7

8

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re: | Bankruptcy Case No. 2:11-bk-26436-SK |
|---|---|
| Gary L. Ogden, | Chapter 13 |
| Debtor. | **STIPULATION RESOLVING MOTION TO DETERMINE FINAL CURE AND PAYMENT OF ALL POST-PETITION PAYMENTS TO MTGLQ INVESTORS, L.P. PURSUANT TO BANKRUPTCY RULE 3002.1(H)** |
| | HEARING: |
| | DATE: July 19. 2018 |
| | TIME: 09:00 AM |
| | CTRM: 1575 |
| | PLACE: 255 E Temple St., Los Angeles, CA |

TO THE HONORABLE SANDRA R. KLEIN UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR AND THE DEBTOR'S ATTORNEY:

This Stipulation Resolving Motion to Determine Final Cure and Payment of All Post-petition Payments to MTGLQ Investors, L.P. Pursuant to Bankruptcy Rule 3002.1(h) ("Stipulation") by and between Shellpoint Mortgage Servicing, servicer for MTGLQ Investors, L.P. ("MTGLQ")

-1-

through its counsel of record, Christina J. O of Malcolm ♦ Cisneros, and Gary L. Ogden ("Debtor"), through his counsel of record, Stephen S. Smyth of Smyth Law Office (collectively, the "Parties") is as follows:

## I. RECITALS

1. On June 1, 2011, Proof of Claim No. 5 regarding the note secured on property commonly known as 1335 9th St. #4, Santa Monica, CA 90401 ("Property") was filed in the above entitled bankruptcy case.

2. On February 29, 2016, Transfer of Claim No. 5 was filed transferring the claim to MTGLQ Investors, L.P. as creditor with Shellpoint Mortgage Servicing as servicer.

4. On March 14, 2018, the Chapter 13 Trustee filed a Notice of Final Cure Payment.

5. On April 4, 2018, MTGLQ filed a Response to Notice of Final Cure Payment stating (1) the pre-petition default had been cured; (2) Debtor had not paid all post-petition payments that came due; and (3) Debtor had not paid the outstanding fees, expenses, and charges.

6. On April 25, 2018, Debtor filed a Motion to Determine Final Cure and Payment of all Post-Petition Payments to MTGLQ Investors, L.P. Pursuant to Bankruptcy Rule 3002.1(h) ("Motion to Determine")

5. On June 28, 2018, MTGLQ filed an Amended Response to Notice of Final Cure Payment ("Amended Response") stating (1) the pre-petition default had been cured; (2) Debtor had paid all post-petition payments that came due, and loan was post-petition due for the July 1, 2018 monthly payment; and (3) Debtor had not paid the outstanding fees, expenses and charges in the total amount of $1,101 ($1,026 – attorneys' fees for a motion for relief from the automatic stay, $75 – for five (5) separate property inspection charges).

6. MTGLQ agrees to waive outstanding attorneys' fees of $1,026.00 incurred for the motion for relief from automatic stay filed in the instant bankruptcy case.

## II. STIPULATION

1. The Parties agree that the Debtor has paid all post-petition payments that came due through and including the June 1, 2018 post-petition payment.

2. MTGLQ shall (1) waive the outstanding attorneys' fees of $1,026.00 incurred for the

motion for relief from automatic stay filed in the instant bankruptcy case; and (2) the fees totaling $75 for the property inspections shall remain outstanding and due.

3. MTGLQ shall not seek to recover the attorneys' fees and costs association with responding to this Motion to Determine from the Debtor or the Property.

4. The Debtor shall bear his own attorneys' fees and costs associated with the Motion to Determine.

5. The Parties agree that this Stipulation resolves the Motion to Determine and requests the hearing scheduled for July 19, 2018 at 9:00a.m. be taken off calendar.

IT IS SO STIPULATED

DATED: July 6, 2018

Stephen S. Smyth
Attorney for Debtor

DATED: July 6, 2018

Christina J. O
Attorney for Shellpoint Mortgage Services as servicer for MTGLQ Investors, L.P.

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Malcolm Cisneros, A Law Corporation, 2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **STIPULATION RESOLVING MOTION TO DETERMINE FINAL CURE AND PAYMENT OF ALL POST-PETITION PAYMENTS TO MTGLQ INVESTORS, L.P. PURSUANT TO BANKRUPTCY RULE 3002.1(H)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) July 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kathy A Dockery (TR)    efiling@CH13LA.com
•Lois A Gober    lois.gober@shellpointmtg.com, lois.gober@shellpointmtg.com
•Sherry L Goodson    sherry.goodson@shellpointmtg.com
•Michael S Harper    michael.s.harper@chase.com
•Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
•Terrionta K Levells    terrionta.x.levells@chase.com
•Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
•Cara Perry    mtgbk@shellpointmtg.com
•Ashish R Rawat    ashish.rawat@americaninfosource.com
•Andrew Edward Smyth    office@smythlo.com
•Stephen S Smyth    office@smythlo.com;r58723@notify.bestcase.com
•Stephanie StMartin-Ancik    Stephanie.stmartin-ancik@shellpointmtg.com, mtgbk@shellpointmtg.com
•Bill Taylor    ecfnotices@4stechnologies.com
• United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
•Patriciea C Vaughn    patriciea.c.vaughn@chase.com
•Edward T Weber    bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) July 6, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Debtor: Gary L. Ogden, 1335 9th St #4, Santa Monica, CA 90401
Judge Sandra R. Klein, U.S. Bankruptcy Court, Roybal Federal Building, Suite 1582, 255 E Temple Street, Los Angeles, CA 90012
East Bay Funding, LLC, c/o Resurgent Capital Services, PO Box 288, GREENVILLE, SC 29603
Portfolio Recovery Assocs., LLC, POB 41067, NORFOLK, VA 23541

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2018 | Rhonda White | _/s/ Rhonda White_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                F 9021-1.2.BK.NOTICE.LODGMENT